IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**



DOROTHY GWINN
        **Plaintiff(s)**

vs.

FOOD LION, LLC
        **Defendant(s)**

Case No.: CCB-02CV-342

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Chan Park__, am a member in good standing of the bar of this Court. My bar number is __14399__. I am moving the admission of

__Heather French__ to appear *pro hac vice* in this case as counsel for __Food Lion, LLC__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia | June 2, 1997 |
| District of Columbia | February 5, 1998 |
| US Court of Appeals for the Fourth Circuit | November 6, 1997 |
| US District Court for the Eastern District of Virginia | January 30, 1998 |
| US District Court for the District of Columbia | November 2, 1998 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Chan Park | Heather French |
| Printed Name | Printed Name |
| Akin, Gump, Strauss, Hauer & Feld, L.L.P. | Akin, Gump, Strauss, Hauer & Feld, L.L.P. |
| Firm | Firm |
| 1676 International Drive, Penthouse | 1676 International Drive, Penthouse |
| Address McLean, VA  22102 | Address McLean, VA  22102 |
| (703) 891-7500 | (703) 891-7500 |
| Telephone Number | Telephone Number |
| (703) 891-7501 | (703) 891-7501 |
| Fax Number | Fax Number |

Prid 282710
Plid 115814

*********************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

_____3/05/02_____          _____
Date                       United States District Judge

3

## CERTIFICATE OF SERVICE

I, Chan Park, hereby certify that, in accordance with Rule 5(a) of the Fed. R.Civ.P., on the date set forth below, I caused to be served true and correct copies of the foregoing Motion for Admission Pro Hac Vice, by first-class mail upon the following:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 FEB 28 P 12: 21
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

>Stephen P. Herman, Esq.
>Law Offices of Charles E. Brooks
>610 Bosley Avenue
>Towson, Maryland 91204
>Phone: (410) 296-2800
>Fax: (410) 296-2379
>Attorney for Plaintiff

_____
Chan Park

Dated: February 28, 2002