

$50 FEE PAID
#1183303
FEE NOT PAID
(SEE LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ORIGINAL**
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 28 P 1:24    MAR -5 A 11:07

AT BALTIMORE

BY_____DEPUTY _____DEPUTY

|  |  |  |
|---|---|---|
| DOROTHY GWINN | * | |
| **Plaintiff(s)** | * | |
| vs. | * | Case No.: CCB-02CV-342 |
| FOOD LION, LLC | * | |
| **Defendant(s)** | | |
| | ****** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Chan Park , am a member in good standing of the bar of

this Court. My bar number is  14399 . I am moving the admission of

Christine Samsel  to appear *pro hac vice* in this case as

counsel for Food Lion, LLC .

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| US District Court for the Central District of California | March 11, 1991 |
| California | December 1990 |
| Virginia | January 8, 2002 |
| District of Columbia | April 2, 2001 |
| Ninth Circuit Court of Appeals | March 8, 1991 |
| US District Court for the Eastern District of California | February 19, 1999 |
| US District Court for the Northern District of California | June 8, 1993 |
| US District Court for the Southern District of California | March 24, 1992 |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied



ad: ission to practice law in any     sdiction, then he/she must submit a staten     fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

Signature

Chan Park
Printed Name

Akin, Gump, Strauss, Hauer
& Feld, L.L.P.
Firm
1676 International Drive, Penthouse
McLean, VA  22102
Address

(703) 891-7500
Telephone Number

(703) 891-7501
Fax Number

PROPOSED ADMITTEE

Signature

Christine Samsel
Printed Name

Akin, Gump, Strauss, Hauer
& Feld, L.L.P.
Firm
1676 International Drive, Penthouse
McLean, VA  22102
Address

Prid 28271
Iid 115814

(703) 891-7500
Telephone Number

(703) 891-7501
Fax Number

**************************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

3/05/02
Date

United States District Judge

CERTIFICATE OF SERVICE

I, Chan Park, hereby certify that, in accordance with Rule 5(a) of the Fed. R. Civ. P., on

the date set forth below, I caused to be served true and correct copies of the foregoing Motion for

Admission Pro Hac Vice, by first-class mail upon the following:

> Stephen P. Herman, Esq.
> Law Offices of Charles E. Brooks
> 610 Bosley Avenue
> Towson, Maryland  91204
> Phone:  (410) 296-2800
> Fax:  (410) 296-2379
> Attorney for Plaintiff

Chan Park

Dated:  February 2*8*, 2002