IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY GWINN | : |
| | : |
| v. | : Civil No. CCB-02-342 |
| | : |
| FOOD LION, LLC | : |
| | : |
| | : |

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1.  defendant's motion to dismiss is **GRANTED**;

2.  copies of this Order and the accompanying Memorandum shall be mailed to counsel of record; and

3.  the Clerk shall **CLOSE** this case.

_4/01/02_  
Date

_/s/ Catherine C. Blake_  
Catherine C. Blake
United States District Judge

